# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**TIFFANY KIRKLAND**                                                                          **PLAINTIFF**

v.                                                                         **CAUSE NO. 1:18CV293-LG-RHW**

**JACKSON COUNTY BOARD**
**OF SUPERVISORS**                                                                                   **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered herewith,

**IT IS ORDERED AND ADJUDGED** that this cause be **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Order.

**SO ORDERED AND ADJUDGED** this the 22nd day of February, 2019.

                                                              *s/ Louis Guirola, Jr.*
                                                              LOUIS GUIROLA, JR.
                                                              UNITED STATES DISTRICT JUDGE